THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOUNT ALLEY INC., a California corporation; KENNETH J. MCADAMS and LAURIE A. MCADAMS, as trustees of MCADAMS FAMILY TRUST OF 1995; KEMLESH M. KUMAR; CHETAN KUMAR, individuals' dba SEQUOIA MINI MART; and MARC FREDERICK, an individual dba SEQUOIA DRIVE IN<br><br>Defendants. | CASE NO. C07-4177-EDL<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6
7  Dated: December 4, 2008       THOMAS E. FRANKOVICH,
                                  A PROFESSIONAL LAW CORPORATION
8
9
                                  By: _____/S/_____
10                                      Thomas E. Frankovich
                                  Attorney for Plaintiffs CRAIG YATES and
11                                DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                  SERVICES: HELPING YOU HELP OTHERS, a California
12                                public benefit corporation

13
14  Dated: Dec. 8, 2008           GAIL F. FLATT,
                                  PROVENCHER & FLATT LLP
15

16
                                  By: /s/ Gail F. Flatt
17                                      Gail F. Flatt
                                  Attorney for Defendants DISCOUNT ALLEY INC., a
18                                California corporation; KENNETH J. MCADAMS and
                                  LAURIE A. MCADAMS, as trustees of MCADAMS
19                                FAMILY TRUST OF 1995; KEMLESH M. KUMAR;
                                  CHETAN KUMAR, individuals' dba SEQUOIA MINI
20                                MART; and MARC FREDERICK, an individual dba
                                  SEQUOIA DRIVE IN
21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: December 15, 2008



Honorable
United
Judge Elizabeth D. Laporte